Rachel E. Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bclplaw.com
Jonathan G. Fetterly (SBN 228612)
jon.fetterly@bclplaw.com
Katherine A. Keating (SBN 217908)
katherine.keating@bclplaw.com
Goli Mahdavi (SBN 245705)
goli.mahdavi@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Courthouse News Service, <br><br> Plaintiff, <br><br> vs. <br><br> Rebecca J. Fleming, in her official capacity as Court Executive Officer/Clerk of the Santa Clara County Superior Court, <br><br> Defendant. | CASE NO. 5:18-CV-6118 VKD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Courthouse News Service ("CNS") voluntarily dismisses without prejudice its Complaint against Defendant Rebecca Fleming, in her official capacity as Court Executive Officer / Clerk of the Santa Clara Superior Court ("Defendant").  After the commencement of this action, and prior to being served with the summons and Complaint, Defendant agreed to provide, and has provided, CNS with access to a review queue, accessible through Odyssey eFileCA, through which CNS can view new e-filed civil complaints shortly after they are received by the court.  Because Defendant is currently providing access to new e-filed civil complaints by the end of the day on which they are filed, allowing the news to be reported in the same news cycle as the filings are received, CNS is not pursuing the claims asserted in the Complaint at this time.

Dated: December 14, 2018          BRYAN CAVE LEIGHTON PAISNER LLP

                                  By:   /s/ Jonathan G. Fetterly
                                        Jonathan G. Fetterly
                                        Attorneys for Plaintiff
                                        COURTHOUSE NEWS SERVICE